UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
-----------------------------------------------------------X
MICHAEL REGANS, JR.,

        Plaintiff,

vs.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------X

Civil Action No.:
5:12-CV-00329-FL

## ORDER

The Court, having read the Affirmation and supporting Memorandum dated the 31st day of May, 2013, from the attorneys for Plaintiff in the above-captioned case, for an award of Equal Access to Justice Act fees in accordance with 28 U.S.C. § 2412,

**IT IS ORDERED** that the motion for Equal Access to Justice fees in the amount of $4,032.67 be granted and costs be granted in the amount of $350.00, payable from the Judgment Fund.

Entered: June 25, 2013

_____
HONORABLE Louise Wood Flanagan
United States District Judge